[D.I. 244]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| VICTORIA DRUDING, et al.,<br><br>        Plaintiff-Relators,<br><br>  v.<br><br>CARE ALTERNATIVES, INC.,<br><br>        Defendant. | Civil No. 08-2126 (JRS/AMD) |

**ORDER**

      This matter having come before the Court by way of "Notice of Intent to Request Redaction" [D.I. 244] (hereinafter, "Notice") filed by Defendant, Care Alternatives, Inc.; and the Court noting that Defendant requests in its Notice "that there be no public filing of the transcript without the redaction of the individual's name identified on [page] 45, line 11, and page 46, line 8 of the Transcript" (Notice of Intent to Request Redaction [D.I. 244], p. 2); and the Court further noting that Defendant subsequently filed a formal motion [D.I. 245] to seal pursuant to Local Civil Rule 5.3 with respect to the same information at issue in the Notice; and it therefore appearing that Defendant's Notice is moot in light of the subsequent filing of the motion to seal;

and the Court having decided this matter pursuant to Federal Rule of Civil Procedure 78(b); and for good cause shown:

IT IS on this **28th** day of **July 2021**,

**ORDERED** that Defendant's Notice of Intent to Request Redaction [D.I. 244] shall be, and is hereby, **DISMISSED** as moot.

s/ Ann Marie Donio<br>
ANN MARIE DONIO<br>
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Juan R. Sánchez
     U.S. Chief District Judge